IN THE SUPREME COURT OF THE STATE OF NEVADA

COLTON BRANTANO,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 82780

FILED

APR 29 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION FOR A WRIT OF MANDAMUS

This original pro se petition appears to challenge petitioner's guilty plea agreement as invalid because it was not properly signed and filed by the district court.

Problematically, petitioner has not provided this court with all of the exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition").

Thus, we are not persuaded that petitioner has met his burden to show that our extraordinary intervention is warranted. *See* NRS 34.170; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioners carry the burden of demonstrating that extraordinary relief is warranted."); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (observing that "the issuance of a writ of

mandamus or prohibition is purely discretionary with this court"). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Hardesty

_____, J.          _____, J.
Stiglich                                        Silver

cc:    Colton Brantano
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk